IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW BLACKBURN,**
**Individually and on behalf of**
**others similarly situated,**

        Case No.: 8:10-cv-945-T-27MAP

    **Plaintiff,**

vs.

**BRIGHT HOUSE NETWORKS, LLC,**

    **Defendant.**

_____/

## NOTICE OF FILING

Notice is hereby given of the filing with the court Plaintiff's, MATTHEW BLACKBURN, consent to serve as Representative on behalf of others similarly situated in regards to the above-styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        FLORIN, ROEBIG, P.A.

        /s/Wolfgang M. Florin
        Wolfgang M. Florin
        Florida Bar No. 907804
        Gregory A. Owens
        Florida Bar No. 0051366
        777 Alderman Road
        Palm Harbor, Florida 34683
        (727) 786-5000
        (727) 772-9833 Facsimile
        wmf@florinroebig.com
        greg@florinroebig.com

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

MATTHEW BLACKBURN,            Case No.:
Individually and on behalf of
others Similarly Situated,

       Plaintiff,

v.

ADVANCE/NEWHOUSE PARTNERSHIP
d/b/a BRIGHT HOUSE NETWORKS,

       Defendant.
_____/

## CONSENT

I, MATTHEW BLACKBURN, hereby consent to become a party Plaintiff and serve as Representative on behalf of other employees similarly situated in the above named action.

_____
NAME: MATTHEW BLACKBURN

_____
DATE 4/12/10