IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW BLACKBURN,**
**Individually and on behalf of**
**others similarly situated,**

    **Plaintiff,**

vs.

Case No.: 8:10-cv-945-T-27MAP

**BRIGHT HOUSE NETWORKS, LLC,**

    **Defendant.**

_____/

## NOTICE OF FILING

Notice is hereby given of the filing with the court Plaintiff's, JENNIFER BUTTERFIELD, consent to serve as Representative on behalf of others similarly situated in regards to the above-styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

FLORIN, ROEBIG, P.A.

/s/Wolfgang M. Florin
Wolfgang M. Florin
Florida Bar No. 907804
Gregory A. Owens
Florida Bar No. 0051366
777 Alderman Road
Palm Harbor, Florida 34683
(727) 786-5000
(727) 772-9833 Facsimile
wmf@florinroebig.com
greg@florinroebig.com

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

**MATTHEW BLACKBURN,**
**Individually and on behalf of**
**others Similarly Situated,**

Case No.:

    Plaintiff,

v.

**ADVANCE/NEWHOUSE PARTNERSHIP**
**d/b/a BRIGHT HOUSE NETWORKS,**

    Defendant.
_____/

## CONSENT

I, JENNIFER BUTTERFIELD, hereby consent to become a party Plaintiff and serve as Representative on behalf of other employees similarly situated in the above named action.

_____
NAME: JENNIFER BUTTERFIELD

_____4 - 21 -10_____
DATE