IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MATTHEW BLACKBURN, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | Case No.: 8:10-CV-00945-JDW-MAP |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT
AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Bright House Networks, LLC ("Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Rule 3.01 of the Local Rules of the Middle District of Florida ("LR 3.01"), files this Motion for Enlargement of Time to Respond to Complaint and Incorporated Memorandum of Law. Pursuant to LR 3.01(g), Defendant has conferred with counsel for Plaintiff, who has no objection to this brief extension of time. In support, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint on or about May 4, 2010.

2. Defendant respectfully requests that a one (1) week enlargement of time in which to respond to the Complaint, through and including June 1, 2010, in order for Defendant's attorneys to complete their initial investigation of Plaintiff's allegations and to formulate a meaningful response to the Complaint. Moreover, Defendant has appraised

Plaintiff's counsel that Bright House Networks, LLC is not a proper party and the parties are working to have that entity dismissed without resorting to motion practice.

3. The Court may, for cause shown, grant an enlargement of time for Defendant to respond to the Complaint. *See* Fed. R. Civ. P. 6(b)(1)(A).

4. Defendant respectfully states that cause has been shown for an enlargement of time to respond to the Complaint.

### CERTIFICATE PURSUANT TO LOCAL RULE 3.01(g)

Counsel for Defendant certifies that he has conferred with counsel for Plaintiff pursuant to Local Rule 3.01(g), who consents to the extension.

### MEMORANDUM OF LAW

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that where an enlargement of time is requested before the expiration of the period originally prescribed, such enlargements may be granted by "the Court for cause shown." This Motion is filed in advance of the present deadline for Defendant to respond to the Complaint. As set forth above, Defendant requests this enlargement of time in order to investigate Plaintiff's allegations and respond to the Complaint appropriately. Additionally, Defendant is conferring with counsel for Plaintiff in order to dismiss Bright House Networks, LLC, which is not a proper party to this matter. Therefore, Defendant's request for an enlargement of the deadline may be granted due to "cause shown."

WHEREFORE, Defendant, Bright House Networks, LLC, respectfully requests that this Honorable Court enter an order (i) GRANTING this Motion, (ii) GRANTING Defendant an enlargement of time through and including June 1, 2010 to

respond to the Complaint, and (iii) ORDERING such further relief as the Court deems appropriate.

DATED this 25th day of May, 2010.

> JACKSON LEWIS, LLP
> 245 Riverside Avenue, Suite 450
> Jacksonville, Florida 32202
> Telephone: (904) 638-2655
> Facsimile: (904) 638-2656
>
> By: /s/ Benjamin D. Sharkey
> Benjamin D. Sharkey
> Florida Bar No. 0389160
> sharkeyb@jacksonlewis.com
> B. Tyler White
> Florida Bar No. 0038213
> whitet@jacksonlewis.com
>
> Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the aforementioned pleading with the Clerk of Court using the CM/ECF System which automatically sends email notification of such filings to the following attorneys of record:

Wolfgang M. Florin, Esq.
Gregory A. Owens, Esq.
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, FL  34683

This 25th day of May, 2009.

/s/ Benjamin D. Sharkey

3