IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW BLACKBURN, )
Individually and on behalf of others )
similarly situated, )
)
)
Plaintiff, )
)
v. ) Case No.: 8:10-CV-00945-JDW-MAP
)
BRIGHT HOUSE NETWORKS, LLC, )
)
Defendant. )

## JOINT MOTION TO SUBSTITUTE PROPER PARTY DEFENDANT

Plaintiff, MATTHEW BLACKBURN (hereinafter "Plaintiff"), and Defendant, BRIGHT HOUSE NETWORKS, LLC (hereinafter "Defendant" or "Bright House"), by and through their undersigned counsel, hereby respectfully request this Court to substitute the proper party as the named Defendant in Plaintiff's Complaint. In support thereof, the parties state as follows:

1. Plaintiff's Complaint alleges violations of the Fair Labor Standards Act, U.S.C. §§ 201 *et. seq.* On June 2, 2010, Plaintiff filed a combined Motion to Create a Conditional Opt-in Class and Motion to Authorize Notice to Putative Class Members ("Motion").

2. The Plaintiff's Complaint and Motion name "Bright House Networks, LLC" as the Defendant. Bright House is the only Defendant named and served in this matter.

3. Bright House has no employees and is managed by Advance/Newhouse Partnership ("A/NP"). A/NP was the employer of Plaintiff.

4. Therefore, "Bright House Networks, LLC" is not the proper Defendant and "Advance/Newhouse Partnership" should be substituted as the proper party Defendant.

5. The parties stipulate and agree to the substitution of "Advance/Newhouse Partnership" as the properly named Defendant and dismissal and/or striking Bright House Networks, LLC from the caption pursuant to Federal Rule of Civil Procedure 41(a) as it is not the proper party.

WHEREFORE, Plaintiff and Defendant request that the Court substitute "Advance/Newhouse Partnership" as the properly named Defendant in place of "Bright House Networks, LLC," and for such other and further relief as may be proper.

DATED this 21st day of June, 2010.

| FLORIN ROEBIG, P.A.<br>777 Alderman Road<br>Palm Harbor, FL  34683<br>Telephone:  (727) 786-5000<br>Fax:  (727) 772-9833<br><br>By: */s/Wolfgang M. Florin*<br>Wolfgang M. Florin, Esq.<br>Florida Bar No.907804<br>fgo@florinroebig.com<br>Gregory A. Owens, Esq.<br>Florida Bar No. 051366<br>greg@florinroebig.com<br><br>Counsel for Plaintiff | JACKSON LEWIS, LLP<br>245 Riverside Avenue, Suite 450<br>Jacksonville, Florida 32202<br>Telephone:  (904) 638-2655<br>Facsimile:  (904) 638-2656<br><br>By: */s/Benjamin D. Sharkey*<br>Benjamin D. Sharkey<br>Florida Bar No. 0389160<br>sharkeyb@jacksonlewis.com<br>B. Tyler White<br>Florida Bar No. 0038213<br>whitet@jacksonlewis.com<br><br>Counsel for Defendant |

4812-4339-5334, v. 2